# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 24-1294 | September Term, 2025 |

MSHR-SE2021-0112
MSHR-SE2021-0134
MSHR-LAKE2021-0145
MSHR-YORK2022-0003
MSHR-WEVA2022-0260
MSHR-YORK2021-0023
MSHR-WEVA2021-0294
MSHR-PENN2021-0108

Filed On: December 11, 2025 [2149992]

Secretary of Labor, Mine Safety and Health Administration,

    Petitioner

    v.

Crimson Oak Grove Resources LLC, et al.,

    Respondents

------------------------------

Consolidated with 24-1357

# O R D E R

It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on February 12, 2026, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                        BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)