# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-1294** | **September Term, 2025** |
| | MSHR-LAKE2021-0145 |
| | MSHR-PENN2021-0108 |
| | MSHR-SE2021-0112 |
| | MSHR-SE2021-0134 |
| | MSHR-WEVA2021-0294 |
| | MSHR-WEVA2022-0260 |
| | MSHR-YORK2021-0023 |
| | MSHR-YORK2022-0003 |
| | **Filed On:** December 22, 2025 |

Secretary of Labor, Mine Safety and Health Administration,

      Petitioner

    v.

Crimson Oak Grove Resources LLC, et al.,

      Respondents

------------------------------

Consolidated with 24-1357

**O R D E R**

    Upon consideration of respondent Amrize's unopposed motion to amend case caption, it is

    **ORDERED** that the motion be granted. Amrize Cement Inc. is substituted for Holcim (US) Inc. as a respondent in this case.

                                **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                BY:    /s/
                            Elbert Lestrade
                            Deputy Clerk