# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1293** | **September Term, 2025** |

MSHR-WEVA2022-0403
MSHR-WEVA2022-0350
MSHR-LAKE2021-0160
MSHR-WEVA2022-0176

**Filed On: February 2, 2026** [2157029]

Secretary of Labor, Mine Safety and Health Administration,

    Petitioner

    v.

Knight Hawk Coal, LLC and Federal Mine Safety and Health Review Commission,

    Respondents

------------------------------

Consolidated with 24-1356, 25-1077

| | |
|---|---|
| **No. 24-1294** | **September Term, 2025** |

MSHR-LAKE2021-0145
MSHR-PENN2021-0108
MSHR-SE2021-0112
MSHR-SE2021-0134
MSHR-WEVA2021-0294
MSHR-WEVA2022-0260
MSHR-YORK2021-0023
MSHR-YORK2022-0003

Secretary of Labor, Mine Safety and Health Administration,

    Petitioner

    v.

Crimson Oak Grove Resources LLC, et al.,

    Respondents

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1293**                                                                                         **September Term, 2025**

------------------------------

Consolidated with 24-1357

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these related cases scheduled for February 12, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 15 Minutes |
| Appointed Amicus Curiae for Respondent | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Henderson, Childs, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 4, 2026.

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                        BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)